■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISRAEL CASTRILLO, Also Known as ISRAEL ORTIZ, Also Known as ISRAEL CASTILLO, Appellant. [690 NYS2d 10] —Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered May 21, 1996, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him to a term of 6 to 18 years, unanimously affirmed.

The court's *Sandoval* ruling balanced the appropriate factors and was a proper exercise of discretion, since the prior convictions were probative of defendant's credibility, as were his prior use of aliases and false dates of birth (*see, People v Walker*, 83 NY2d 455).

On the existing record, which defendant has not sought to amplify by way of a CPL article 440 motion whereby matters of strategy could be explained (*see, People v Love*, 57 NY2d 998), we conclude that defendant received meaningful representation (*see, People v Benevento*, 91 NY2d 708, 713-714; *People v Hobot*, 84 NY2d 1021, 1024).

We perceive no abuse of sentencing discretion. Concur— Nardelli, J. P., Williams, Tom, Rubin and Friedman, JJ.